# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. PALUCH, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 22-720 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| GEORGE LITTLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 15, 2023, the Magistrate Judge issued a Report (Doc. 21) recommending that Plaintiff Willie M. Harris be dismissed from this lawsuit pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984), and that this matter be re-assigned to United States Magistrate Judge Patricia L. Dodge. Service of the Report and Recommendation ("R&R") was made on both named Plaintiffs, and Plaintiff Paluch, Jr., has filed objections (Doc. 22).

After a review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Plaintiff Harris is **DISMISSED** from this lawsuit; the pending Motion to Consolidate Cases (**Doc. 9**) is **DENIED** without prejudice to refiling *after* Defendants have been served; the Clerk of Court is directed to refer this case to Magistrate Judge Patricia L. Dodge for all further pretrial proceedings; and the R&R (Doc. 21) is adopted as the Opinion of the District Court, as supplemented herein.

Case 2:22-cv-00720-CB-CRE   Document 24   Filed 06/24/23   Page 2 of 2

2

IT IS SO ORDERED.

June 24, 2023                                    s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via First-Class U.S. Mail):

JAMES A. PALUCH, JR.
BQ3769
SCI FOREST
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239

WILLIE M. HARRIS
DK1644
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450