IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. PALUCH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-0720 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| GEORGE LITTLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 5, 2024, the Magistrate Judge issued a Report (Doc. 37) recommending that the Complaint (Doc. 34) be dismissed in part in accordance with the screening provisions of the Prison Litigation Reform Act ("PLRA"). Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections. *See* Doc. 49.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that the Complaint (**Doc. 34**) is **DISMISSED IN PART**, as summarized in the Conclusion section of the Report. *See* Doc. 37 at 6. The Report (Doc. 37) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 29, 2024                                              s/Cathy Bissoon
                                                                        Cathy Bissoon
                                                                        United States District Judge

cc (via First-Class U.S. Mail):

JAMES A. PALUCH, JR.
BQ3769
SCI CAMP HILL
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001

cc (via ECF email notification):

All Counsel of Record